IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>DA SETH,<br>    Defendant. | Case No. 17-cr-00480-MMC-1<br><br>**ORDER REFERRING MOTION TO TERMINATE REMAINING PROBATION TERM TO DEFENDANT'S COUNSEL OF RECORD** |

    The Court is in receipt of a "Motion to Terminate Remaining Probation Term," filed February 27, 2020, by defendant, who asserts therein he is proceeding pro se.

    As defendant is represented by counsel, specifically, Elizabeth Falk of the Office of the Public Defender, the above-titled filing is hereby REFERRED to his counsel to take whatever action she deems appropriate.

    **IT IS SO ORDERED.**

Dated: March 2, 2020

                                                                       MAXINE M. CHESNEY
                                                                       United States District Judge