IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>DA SETH,<br><br>      Defendant. | Case No.: CR 17–480 MMC<br><br>[PROPOSED] ORDER TERMINATING PROBATION |

Defendant Da Seth, who has served more than one year of probation, moves for early termination of probation under 18 U.S.C. § 3564(c). The government does not oppose this motion, and the United States Probation Office supports it. This Court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, is satisfied that termination of probation is warranted by Mr. Seth's conduct and the interest of justice, and therefore terminates Mr. Seth's probation.

IT IS SO ORDERED.

Dated: November 3, 2020

                                                MAXINE M. CHESNEY
                                                Senior United States District Judge